**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**KALINDA JENKINS**                                                     **PLAINTIFF**

**v.**                                                 **CIVIL ACTION NO.: 3:20-cv-89-JMV**

**ANDREW SAUL, COMMISSIONER
OF SOCIAL SECURITY**                                               **DEFENDANT**

## ORDER GRANTING UNOPPOSED MOTION TO REVERSE AND REMAND

Before the Court is the Commissioner's motion [23] for voluntary remand of this case. For good cause shown, the motion is GRANTED, and the unfavorable decision denying Plaintiff's claim for Title II Disability Insurance Benefits and Title XVI supplemental security income benefits is REVERSED and REMANDED for further action by the Commissioner of the Social Security Administration pursuant to the fourth sentence of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS, FURTHER, ORDERED AND ADJUDGED that on remand the Administrative Law Judge's new decision shall contain a finding of fact addressing the plaintiff's ability to maintain employment pursuant to *Singletary v. Bowen*, 798 F.2d 818, 822 (5th Cir. 1986). Consultative psychologist Pamela Buck, Ph.D., examined the plaintiff on April 4, 2018 and noted that plaintiff "has had multiple work failures and difficulty getting along with others," and opined that "she is not likely to consistently maintain employment," raising a factual question that was not addressed in the earlier hearing decision (Tr. 616). The Administrative Law Judge's new decision will further assess the persuasive value of Dr. Buck's medical source opinion regarding the claimant's ability to maintain employment over time, as well as the supportability and/or consistency with the record

- 2 -

regarding all of the medical source opinions of record.

SO ORDERED this 4th day of January, 2021.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE

PREPARED BY AND AGREED TO:

*/s/ J. Luke Benedict*
J. Luke Benedict - MS BAR #102992
Assistant United States Attorney
Northern District of Mississippi
Ethridge Professional Building
900 Jefferson Avenue
Oxford, MS 38655-3608
Telephone: (662) 234-3351
E-Mail: luke.benedict@usdoj.gov
*Attorney for Andrew Saul, Commissioner of the Social Security Administration*

AGREED TO:

*/s/ Leanna Reynolds (with permission)*
Leanna Reynolds – MS BAR #104947
Thomas U. Reynolds Law Firm
P.O. Drawer 280
Charleston, MS 38921
Telephone: (662) 647-3203
E-Mail: reynoldsleanna@gmail.com
*Attorney for Plaintiff*