# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**KALINDA JENKINS,**

    **PLAINTIFF,**

v.                                    **CIVIL ACTION NO.: 3:20-cv-89-JMV**

**ANDREW SAUL, COMMISSIONER**
**OF SOCIAL SECURITY,**

    **DEFENDANT.**

## FINAL JUDGMENT

Consistent with the order granting the Commissioner's motion [23] for voluntary remand entered this day,

IT IS ORDERED AND ADJUDGED that the underlying decision is REVERSED and REMANDED for further action by the Commissioner of the Social Security Administration pursuant to the fourth sentence of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS FURTHER ORDERED AND ADJUDGED that on remand the Administrative Law Judge's new decision shall contain a finding of fact addressing the plaintiff's ability to maintain employment pursuant to *Singletary v. Bowen*, 798 F.2d 818, 822 (5th Cir. 1986). Consultative psychologist Pamela Buck, Ph.D., examined the plaintiff on April 4, 2018 and noted that plaintiff "has had multiple work failures and difficulty getting along with others," and opined that "she is not likely to consistently maintain employment," raising a factual question that was not addressed in the earlier hearing decision (Tr. 616). The Administrative Law Judge's new decision will further assess the persuasive value of Dr. Buck's medical source opinion regarding the claimant's ability to maintain employment over time, as well as the supportability and/or consistency with the record

regarding all of the medical source opinions of record.

    THIS 4th day of January, 2021.

                                 /s/ Jane M. Virden
                                 UNITED STATES MAGISTRATE JUDGE