IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**KALINDA JENKINS,**

    **PLAINTIFF,**

versus                                            **CIVIL ACTION NO.: 3:20-cv-89-JMV**

**ANDREW SAUL, COMMISSIONER**
**OF SOCIAL SECURITY,**

    **DEFENDANT.**

## **ORDER**

**BEFORE THE COURT** are Plaintiff's motion [27] for an award of attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and Defendant's No Objection Response to Motion for Attorney's Fees [29]. Having considered the motion and the applicable law—and hearing no objection from Defendant—the Court finds the EAJA award requested is reasonable. Accordingly, it is ORDERED that Plaintiff's request for attorney fees is GRANTED, and Defendant shall promptly pay Plaintiff's counsel $4,160.78.[1]

SO ORDERED this 11th day of March, 2021.

/s/ Jane M. Virden
United States Magistrate Judge

---

[1] Notwithstanding the fee assignment in this case, the EAJA award is subject to any legitimate administrative offsets. *See generally Bolden v. Colvin*, 114 F. Supp. 3d 397 (N.D. Miss. July 16, 2015).